In the Matter of SKYLAR F., Also Known as SKYLAR ME'SHELLE P., an Infant. DAVID JUDAH P., Appellant; CHILDREN'S AID SOCIETY, Respondent, et al., Respondent. [995 NYS2d 62]—

Order, Family Court, Bronx County (Sarah P. Cooper, J.), entered on or about July 23, 2013, which, upon a finding of mental illness, terminated respondent father's parental rights to the subject child, and committed custody and guardianship of the child to petitioner agency and the Commissioner of the Administration for Children's Services for the purpose of adoption, unanimously affirmed, without costs.

Clear and convincing evidence, including the uncontroverted expert testimony of the court-appointed psychologist who testified that respondent suffers from schizophrenia, supports the determination that respondent is presently and for the foreseeable future unable to provide proper and adequate care for the child (Social Services Law § 384-b [4] [c]; *Matter of Justin Javonte R. [Leticia W.]*, 103 AD3d 524 [1st Dept 2013]).

Contrary to respondent's contention, his medical records containing diagnoses are admissible under the business record exception to the hearsay rule, as germane to his treatment (*see Matter of Anthony H. [Karpati]*, 82 AD3d 1240, 1241 [2d Dept 2011], *lv denied* 17 NY3d 708 [2011]).

We have considered respondent's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Acosta, Saxe, Richter and Clark, JJ.